# Court of Appeals
# of the State of Georgia

ATLANTA,  October 11, 2023

*The Court of Appeals hereby passes the following order:*

**A24E0020.  WASEEM DAKER v. TYRONE OLIVER, COMMISSIONER, GEORGIA DEPARTMENT OF CORRECTIONS.**

On August 16, 2023, the trial court entered a "Final Order Granting Respondent Tyrone Oliver's Motion to Dismiss."  Thereafter, Waseem Daker filed in this Court on September 11, 2023 an emergency motion, seeking an extension of time to file a discretionary application to appeal the order described above.  Said emergency motion is hereby GRANTED such that Daker shall have until October 16, 2023 to file a discretionary application.[1]  See OCGA § 5-6-39; *Gable v. State*, 290 Ga. 81, 84 (2) (a) (720 SE2d 170) (2011); Court of Appeals Rules 16 (c), 40 (b).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  10/11/2023*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] See generally Court of Appeals Rule 3 (providing, in pertinent part, that "[w]hen a filing deadline falls on a Saturday, Sunday, an official state or national holiday, or a time when the Clerk's office is closed for an emergency (such as inclement weather), the deadline is extended to the next business day").